IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>v.<br><br>LEMUEL HUTCHINGS,<br><br>                            Defendant. | CASE NO. 1:15-CR-00082 LJO-SKO<br><br>ORDER CONTINUING HEARING ON DEFENDANT'S MOTIONS<br><br>DATE: June 29, 2015<br>TIME: 10:30 a.m.<br>COURT: Hon. Lawrence J. O'Neill |

      The United States of America, by and through BENJAMIN B. WAGNER, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendant Lemuel Hutchings, by and through his attorney of records, Ann McGlenon and Erin Snyder, having stipulated to continue the hearing on the defendant's motions from June 29, 2015 until July 6, 2015, at 10:30 a.m.,

      IT IS FURTHER ORDERED that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 29, 2015 to July 6, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(D).  Depending on the outcome of the pending motions, also at the next hearing will be a Trial Setting Conference.

IT IS SO ORDERED.

     Dated:  **June 22, 2015**                    /s/ Lawrence J. O'Neill
                                                                         UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER CONTINUING HEARING ON DEFENDANT'S
MOTION FOR INFORMANT DISCLOSURE

2