IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,

    Plaintiff,

v.

**LEMUEL HUTCHINGS**

    Defendant.

CR NO: 1:15-cr-00082 LJO

FILED
NOV 2[0] 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: Lemuel Hutchings, Jr.
Detained at: California City Correctional Facility, CAC
Detainee is:
- a.) ☒ charged in this district by: ☐ Indictment ☐ Information ☐ Complaint
  charging detainee with: Supervised Release Violation
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☐ return to the custody of detaining facility upon termination of proceedings
- or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary [**FORTHWITH**] in the Eastern District of California.*

Signature: _____
Printed Name & Phone No: Kathleen S. Servatius
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 11/20/19

Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Lemuel Carnell Hutchings | ☒ Male ☐ Female | |
| Booking or CDC #: | CDC-BH5764 | DOB: | 03-05-1991 |
| Facility Address: | 22844 Virginia Blvd., California City, CA | Race: | Black |
| Facility Phone: | (760) 246-7600 | FBI#: | 472866WB2 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

_____
(signature)