| | |
|---|---|
| HEATHER E. WILLIAMS, CA Bar #122664<br>Federal Defender<br>MATTHEW LEMKE, D.C. Bar #1023347<br>Assistant Federal Defender<br>Designated Counsel for Service<br>2300 Tulare Street, Suite 330<br>Fresno, CA 93721-2226<br>Telephone: (559) 487-5561<br><br>Attorneys for Defendant<br>LEMUEL HUTCHINGS, JR. | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LEMUEL HUTCHINGS, JR.,<br><br>    Defendant. | Case No. 1:15-cr-00082-LJO-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**<br><br>Date: January 13, 2020<br>Time: 8:30 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney Kathleen Servatius, Counsel for Plaintiff, and Assistant Federal Defender Matthew Lemke, Counsel for Defendant, Lemuel Hutchings, Jr., that the sentencing hearing currently set for January 13, 2020, at 8:30 a.m., before Judge Lawrence O'Neill, may be rescheduled to January 21, 2020, at 8:30 a.m.

The reason for this request is that defense counsel needs additional time to obtain records and meet with Mr. Hutchings, who is currently incarcerated in Bakersfield, California. The requested date is a mutually agreeable date for both parties. As this is a sentencing hearing, no exclusion of time is necessary.

///

///

///

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | MCGREGOR W. SCOTT<br>United States Attorney |
| Dated: January 7, 2020 | | /s/ *Kathleen Servatius*<br>KATHLEEN SERVATIUS<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated: January 7, 2020 | | /s/ *Matthew Lemke*<br>MATTHEW LEMKE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>LEMUEL HUTCHINGS, JR. |

**O R D E R**

For the reasons set forth above, the requested continuance is granted for good cause. The sentencing hearing as to Lemuel Hutchings, Jr. currently set for January 13, 2020 is continued to January 21, 2020, at 8:30 a.m., in Courtroom 4 before Judge Lawrence J. O'Neill.

IT IS SO ORDERED.

Dated: **January 8, 2020**     /s/ Lawrence J. O'Neill
                               UNITED STATES DISTRICT JUDGE